AO-91 (Rev. 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

JUN 1 2 2015

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __TEXAS__

UNITED STATES OF AMERICA
V.

Orlando RANGEL-Rivera
YOB: 1973  POB: Mexico
Citizenship: Mexico

**CRIMINAL COMPLAINT**

Case Number: M-15-0957-M

I, the undersigned complainant state that the following is true and correct to the best of my Knowledge and belief. On or about __June 11, 2015__ (Date) in __Hidalgo__ County, in the __Southern__ District of __Texas__ Defendant(s) did,

Knowingly possess with intent to distribute approximately 2.08 kgs of Cocaine, a Schedule II controlled substance, and did knowingly conspire to possess with intent to distribute approximately 2.08 kgs of cocaine, a Schedule II controlled substance, and did knowingly attempt to import approximately 2.08 kgs of Cocaine, a schedule II controlled substance into the U.S.

in violation of Title __21__ United States Code, Section(s) __841(a)(1), 846, and 952__.

I further state that I am a(n) __Special Agent__ (Official Title) And that this complaint is based on the following facts:

See Attachment "A"

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

OK to file. TWT

_____
Signature of Complainant

Erik Diaz, HSI Special Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

__June 12, 2015__   8:57 am   At   __McAllen, Texas__
Date                                              City and State

U.S. Magistrate Judge, Peter Ormsby

**Attachment "A"**

On June 11, 2015, United States (U.S.) Customs and Border Protection Officers (CBPOs) at the Hidalgo, Texas Port of Entry (POE) encountered Orlando RANGEL-Rivera, driving a white Volkswagen sedan as he attempted to make entry into the U.S., along with three passengers. RANGEL was referred to secondary inspection at the POE due to his evasive answers and nervous behavior.

At secondary inspection, the vehicle was x-rayed and anomalies were observed within the dashboard area of the vehicle.

A search of the dashboard area of the vehicle revealed 2 bricks inside of a manmade compartment behind the speedometer. The contents of the bricks field tested positive for cocaine. The total weight of the bricks of cocaine was approximately 2.08 kilograms of cocaine.

CBPOs detained RANGEL along with the three passengers and contacted Homeland Security Investigations (HSI) Special Agents (SAs) to further investigate.

HSI Special Agents (SAs) responded to the POE to interview RANGEL and the passengers. RANGEL was read his Miranda Rights from a pre-printed form in the Spanish language. RANGEL waived those rights both orally and in writing by signing the pre-printed form.

RANGEL stated to HSI SAs that approximately two weeks ago, he was stopped by some unknown men in the Reynosa, Mexico area. RANGEL stated that these unknown men showed him pictures of his house and where he lived. RANGEL stated these unknown men then advised him that he needed to work for them by crossing his vehicle into the U.S. RANGEL stated he was never specifically told what he was going to cross, but he did know that it was going to be some type of illegal drug. RANGEL stated to SAs that after successfully crossing the vehicle into the U.S., he was told you drive the vehicle to Wal-Mart and leave the keys. RANGEL stated that he along with his passengers departed Monterrey, Mexico early on the morning of June 11, 2015, with the bricks already inside of the vehicle. RANGEL stated to SAs that he didn't know when the bricks were loaded into the vehicle.

RANGEL stated that he was never told if he was going to be paid, but he was given $100 U.S. dollars to cover expenses.

RANGEL stated his passengers were not aware that he was smuggling narcotics into the U.S.

HSI SA interviewed the passengers of the vehicle and determined that they were not aware that the vehicle was loaded with narcotics.